# United States Court of Appeals
## For the First Circuit
_____

### DOCKETING STATEMENT

**No.** 15-1429     **Short Title:** Draper v. Healey

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from __5 March 2015__
   2. Date this notice of appeal filed __28 April 2015__
      If cross appeal, date first notice of appeal filed __N/A__
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) __N/A__
   4. Date of entry of order deciding above post-judgment motion __N/A__
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) __N/A__
      Time extended to __N/A__

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes    [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes    [✓] No
         If yes, explain __N/A__
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes    [✓] No
         If yes, explain __N/A__

C. Has this case previously been appealed? [ ] Yes    [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal __N/A__

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes    [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party     Maura T. Healey, Attorney General of the Commonwealth of Massachusetts
      Attorney Glenn S. Kaplan, Lydia E. French, Eric M. Gold (all of Office of the Attorney General)
      Address One Ashburton Place, Boston, MA 02108
      Telephone (617) 963−2453 (G. Kaplan); (617) 963−2314 (L. French); (617) 310−5226 (E. Gold)

   2. Adverse party      (AMICUS - NOT Adverse Party) Brady Center to Prevent Gun Violence
      Attorney L. Scott Harshbarger, John E. Roberts, Laura E. Stafford (all of Proskauer Rose, LLP)
      Address One International Place, Boston, MA 02210
      Telephone (617) 526−9600 (main firm telephone number)

   3. Adverse party    No others.
      Attorney           N/A
      Address            N/A
      Telephone          N/A

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Robert Draper
      Address 26 Jodie Road, Framingham, MA 01702-6146
      Telephone (508) 879-1493

      Attorney's name Alexander Aron Flig
      Firm Law Office of Alexander A. Flig
      Address 490 Chapman Street, Suite 201, Canton, MA 02021
      Telephone (781) 352-7260, (781) 583-5080 fax

   2. Appellant's name Ariel Weisberg
      Address 220 Central Street., Apt. #4, Seattle, WA 98118
      Telephone (781) 258-9523 (m)

      Attorney's name Alexander Aron Flig
      Firm Law Office of Alexander A. Flig
      Address 490 Chapman Street, Suite 201, Canton, MA 02021
      Telephone (781) 352-7260, (781) 583-5080 fax

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Alexander Aron Flig
Date  28 April 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# Docketing Statement Addendum

## Paragraph G.

Names, Addresses and Telephone Numbers of <u>ALL</u> Appellants and their Counsel
(including those listed on the face of the Docketing Statement)

<u>ALL</u> Appellants in this matter (listed in the table below) will be represented by the following attorney:

| | |
|---|---|
| **Alexander Aron Flig**<br>**Law Office of Alexander A. Flig** | 490 Chapman Street, Suite 201<br>Canton, Massachusetts 02021<br>Telephone: (781) 352-7260<br>Facsimile: (781) 583-5080 |

# Appellants

| Appellant | Address | Telephone Number |
|---|---|---|
| Robert Draper | 26 Jodie Road<br>Framingham, MA 01702-6146 | (508) 879-1492 |
| Ariel Weisberg | 220 Central Street., Apt. #4<br>Stoneham, MA 02180 | (781) 258-9523 |
| Donna Major | 3 Holborn Park<br>Boston, MA 02121 | (617) 446-1824 |
| Eric Notkin | 63 Trayer Road<br>Canton, MA 02021 | (781) 828-1734 |
| Robert Boudrie | 20 Wellesly Avenue<br>Natick, MA | (508) 881-6447 |
| Brent Carlton | 248 Arborway, #1<br>Boston, MA 02130 | (617) 216-9914 |

| Appellant | Address | Telephone Number |
|---|---|---|
| Concord Armory, LLC | 40 Beharrell Street, Suite 12<br>Concord, MA 01742 | (978) 505-1320 |
| Precision Point Firearms, LLC | 155 New Boston St #180u,<br>Woburn, MA 01801 | (781) 305-3562 |
| Second Amendment Foundation, Inc. | 12500 NE 10th Place<br>Bellevue, WA 98005 | (425) 454-7012 |

END