# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 15-1429         **Short Title:** Draper v. Healey

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Robert Draper, Ariel Weisberg, Donna Major, Eric Notkin, Robert Boudrie, (continued...) as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Alexander Aron Flig                    28 April 2015
Signature                                  Date

Alexander Aron Flig
Name

Law Office of Alexander A. Flig            (781) 352-7260
Firm Name (if applicable)                  Telephone Number

490 Chapman Street, Suite 201              (781) 583-5080
Address                                    Fax Number

Canton, MA 02021                           alex@fliglaw.com
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: TBD - applying simultaneoulsy

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No.              N/A

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

## Notice of Appearance Addendum

## Draper v. Healey

Docket No. 15-1429

# Appellants
(including those listed on the face of the Docketing Statement)

1. Robert Draper
2. Ariel Weisberg
3. Donna Major
4. Eric Notkin
5. Robert Boudrie
6. Brent Carlton
7. Concord Armory, LLC
8. Precision Point Firearms, LLC
9. Second Amendment Foundation, Inc.

END