UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.,

Plaintiffs - Appellants,

v.

MAURA T. HEALEY, in her official capacity as ATTORNEY GENERAL OF MASSACHUSETTS,

Defendant-Appellee.

No. 15-1429

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant appellee Maura Healey, as Attorney General of Massachusetts.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

/s/ William W. Porter
William W. Porter
Assistant Attorney General
One Ashburton Place
Government Bureau
Boston, Massachusetts 02108
(617) 727-2200, ext. 2976
First Circuit No. 15033
Bill.Porter@state.ma.us

Date: April 30, 2015

CERTIFICATE OF SERVICE

    I hereby certify that the above document will be served on April 30, 2015 by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

    /s/ William W. Porter
    William W. Porter
    Assistant Attorney General