# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENTMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**NOTICE**

Issued: May 26, 2015

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for an appellate ECF account.

The following attorneys have failed to register for an appellate ECF account and will no longer receive notice in this case:

Glenn Stuart Kaplan
Laura E. Stafford

The following attorneys will continue to receive notice in this case:

Alexander Aron Flig
L. Scott Harshbarger
William W. Porter
John E. Roberts

Please note that any attorney who has been removed from the service list and later wishes to resume receiving notice must register for an appellate ECF account and enter a notice of appearance in this case.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Christine - (617) 748-9026

cc:
Alexander Aron Flig
L. Scott Harshbarger
Glenn Stuart Kaplan
William W. Porter
John E. Roberts
Laura E. Stafford