# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

Robert Draper, Ariel Weisberg, Donna Major, Eric Notkin, Robert Boudrie and Brent Carlton (collectively the "CONSUMERS"); Concord Armory, LLC and Precision Point Armory, LLC (collectively the "DEALERS"), and Second Amendment Foundation, Inc.

*Plaintiffs – Appellants*

v.

MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## ASSENTED-TO MOTION BY APPELLANTS
## TO EXTEND TIME FOR FILING BRIEF;
## SUPPORTING AFFIRMATION

Alexander Aron Flig
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully move for a thirty-one (31) day extension of time, up to and including 11 September 2015, in which to file their appellate brief.

Per the 2 July 2015 *Appellant's Briefing Notice* the Appellants' brief is currently due on 11 August 2015. Affirmation of Alexander A. Flig, ¶2. Appellants have not previously requested any extension of time to file their brief. Id., ¶5. Appellee and Amicus (in the District Court action) have graciously assented to the extension of time requested by the Appellants for the reason stated herein. Id., ¶4. Good cause exists for the requested extension.

On 26 February 2015, a week after the oral hearing and a week before the District Court's ruling giving rise to this appeal, Appellant's counsel, Alexander A. Flig, purchased tickets to travel with his family to Israel to be with his uncle who was then in hospice care in the last stage of terminal cancer. Id., ¶3.A. The tickets were for a 27 July 2015 departure and a 27 August 2015 return. Attorney Flig's uncle passed away on 30 June 2015, two days before the 2 July 2015 *Appellant's Briefing Notice* was issued with the current briefing schedule. Id., ¶3.C.

Although the purpose of Appellants' counsel's travel has changed from one of comforting a very close relative in the final stage of his illness to one of consolation and bereavement, the unrefundable tickets were purchased months ago while this matter was still in the District Court—*before* the current appeal was even noticed. Id., ¶3.A – C.

The day after the current *Appellant's Briefing Notice* was issued, Appellants' counsel notified counsel for the Appellee Attorney General of Massachusetts and Amicus Brady Center to Prevent Gun Violence of his family circumstances, and sought an extension of time to file the Appellants' brief. Id., ¶4.A. The requested extension was for the number of days by which Appellants' counsel's opportunity to prepare the Appellants' brief would be shortened by his travel to Israel, with the extension beginning after his return. That would make the date on which the Appellants' brief would be due 11 September 2015. Id. Both Appellee's and Amicus' counsel graciously assented to the extension of time requested by Appellants' counsel. Id., ¶4.B.

Appellants' counsel has at all times exercised strict diligence in adhering to the schedules of this Court. Id., ¶6. A thirty-one (31) day extension for Appellants' brief would not be a significant delay of this matter, which concerns the constitutionality of a regulation that has been in place for nearly 17 years and in which no preliminary relief has been sought. Id., ¶7.A. No party in this litigation will be prejudiced by the requested short extension. With the requested extension, briefing in this matter would still be completed within seven (7) months of the filing of the Notice of Appeal, on 26 October 2015.[1] Id., ¶7.C.

---

[1] With the Appellants' brief due on 11 September 2015, Federal Rules of Appellate Procedure ("FRAP"), Rule 31(a)(1) would make Appellee's brief due on 12 October 2015. Under the assumption that Amicus intends to support the Appellee (as it did in the District Court action), per FRAP Rule 29(e) its brief would be due on 19 October 2015. Should Appellants then file a reply brief, it would be due on 26 October 2015 per FRAP Rule 31(a)(1).

For these reasons, Appellants respectfully request that this motion be granted and that they be allowed until and including 11 September 2015 in which to file their brief.

Respectfully submitted,

Dated: 15 July 2015.
ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.

By and through their attorney of record

/s/ Alexander A. Flig

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com

# AFFIRMATION OF ALEXANDR A. FLIG

I, Alexander A. Flig, Esq., hereby affirm as follows:

1. I am an attorney at the Law Office of Alexander A. Flig, counsel of record for Plaintiffs – Appellants in this matter. In accordance with Fist Circuit Notice to Litigants No. 5 and Local Rule 32.4, I submit this affirmation in support of the Assented-To Motion by Appellants to Extend Time for Filing Brief. Except as otherwise stated, the matters set forth herein are based upon my personal knowledge, and if called upon to do, I could and would testify competently thereto.

2. The *Appellant's Briefing Notice* issued in this Court on 2 July 2015. Per the *Appellant's Briefing Notice,* the Appellants' brief is currently due on 11 August 2015.

3. A thirty-one (31) day extension, through and including 11 September 2015, is necessary to provide me, counsel for the Appellants, sufficient time to prepare the Appellants' brief. Such an extension is necessary because family circumstances *preceding* this Appeal and the briefing schedule established by the 2 July 2015 *Appellant's Briefing Notice* overlap in such a way that the time I will have to prepare the Appellants' brief will have been shortened by more than two weeks if an extension is not granted.

    A. On 26 February 2015, while this matter was still in the District Court, I purchased tickets to travel to Israel with my family to be with my terminally ill uncle whose name I share. My uncle was as a father to me and the purpose of the trip was to comfort him during his final illness.

B. The District Court's ruling giving rise to this appeal was issued on 5 March 2015, a week after I purchased the travel tickets. The notice of this Appeal was timely filed on 3 April 2015, more than a month *after* I had purchased the travel tickets to Israel.

C. Our travel tickets are for a 27 July 2015 departure and a 27 August 2015 return. Unfortunately, my uncle passed away on 30 June 2015, less than a month shy of our family's scheduled travel. Thus, our trip to Israel is now one of bereavement and consolation to my remaining family there. None of the travel expenses are refundable.

4. On 3 July 2015, the day after receiving the 2 July 2015 *Appellant's Briefing Notice* establishing the current briefing schedule, I notified counsel for the Appellee and counsel for Amicus of the family circumstances and pre-existing travel plans.

A. I sought their assent to a short extension to file the Appellants' brief. The extension of time I sought was for the time that I would lose because of my travel to Israel.

B. Counsel for both Apellee and Amicus graciously assented to the request, up to and including 11 September 2015.

5. Appellants have not previously sought any extension of time for filing their brief or any other document.

6. I have at all times exercised strict diligence in adhering to the schedules of this Court.

7. A thirty-one (31) day extension for Appellants' brief would not be a significant delay of this matter

    A. This Appeal concerns the constitutionality of a regulation that has been in place for nearly 17 years and in which lawsuit no preliminary relief has been sought.

    B. No party in this litigation will be prejudiced by the requested short extension.

    C. With the requested extension, briefing in this matter would still be completed within seven (7) months of the filing of the Notice of Appeal, on 26 October 2015.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Canton, Massachusetts, on 15 July 2015.

                                                /s/ Alexander A. Flig
                                                Alexander A. Flig, Esq
                                                1st Circuit No. 1169830
                                                BBO No. 669132

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing ASSENTED-TO MOTION BY APPELLANTS TO EXTEND TIME FOR FILING BRIEF; SUPPORTING AFFIRMATION with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| Appellee's Counsel | Amicus' Counsel |
| --- | --- |
| William Porter, Esq.<br>Attorney General of Massachusetts<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us | L. Scott Harshbarger, Esq.<br>Proskauer Rose, LLP<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>sharshbarger@proskauer.com |
| Julia Eleanor Kobick<br>Attorney General of Massachusetts<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | John E. Roberts, Esq.<br>Proskauer Rose, LLP<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>jroberts@proskauer.com |

Dated: 15 April 2015.

Counsel for Plaintiffs - Appellants

/s/ Alexander A. Flig

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com