# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

**Robert Draper, Ariel Weisberg, Donna Major, Eric Notkin, Robert Boudrie and Brent Carlton (collectively the "CONSUMERS"); Concord Armory, LLC and Precision Point Armory, LLC (collectively the "DEALERS"), and Second Amendment Foundation, Inc.**

*Plaintiffs – Appellants*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## APPELLANTS' MOTION
## TO EXTEND TIME FOR FILING BRIEF

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully move for a very brief two (2) day extension of time, up to and including 13 September 2015, in which to file their appellate brief.

Per the 17 July 2015 *Order* granting the Appellants' motion for a continuance to file their appellate brief, their brief is due today, 11 September 2015. Appellants previously requested a single extension of time to file their brief because Appellants' counsel would be unavailable when their brief was originally due because of travel arrangements and family circumstances preceding the filing of this Appeal.[1]

Upon returning to the United States from Israel Appellants' counsel, a sole practitioner, was faced with an overwhelming amount of work after a month's absence. Appellants' counsel has at all times exercised strict diligence in adhering to the schedules of this Court, but despite best efforts, seeks a very brief extension of two (2) days. Appellant's counsel avers that the Appellants' brief is essentially complete but is currently in separate documents, requiring assembly into a final product. However, as a Sabbath-observant Jew, Appellant's counsel cannot do any work from sunset on Fridays to an hour after sunset on Saturdays, the duration of the Jewish Sabbath. Hence, the two day extension request is actually for a single day to ensure that the Appellants' brief is complete and in the proper filing format.

A two (2) day extension for Appellants' brief would not be a significant delay

---

[1] Appellant's counsel had purchased nonrefundable tickets *prior to this matter being filed with the Circuit Court* to travel with his family to Israel to be with his uncle who was then in hospice care in the last stage of terminal cancer.

of this matter, which concerns the constitutionality of a regulation that has been in place for nearly 17 years and in which no preliminary relief has been sought.  Id., ¶7.A.  No party in this litigation will be prejudiced by the requested very brief extension.  With the requested extension, briefing in this matter would still be completed within seven (7) months of the filing of the Notice of Appeal, on 28 October 2015.[2]  Id., ¶7.C.

For these reasons, Appellants respectfully request that this motion be granted and that they be allowed until and including 13 September 2015 in which to file their brief.

///

///

///

///

///

---

[2] With the Appellants' brief due on 13 September 2015, Federal Rules of Appellate Procedure ("FRAP"), Rule 31(a)(1) would make Appellee's brief due on 14 October 2015.  Under the assumption that Amicus intends to support the Appellee (as it did in the District Court action), per FRAP Rule 29(e) its brief would be due on 21 October 2015.  Should Appellants then file a reply brief, it would be due on 28 October 2015 per FRAP Rule 31(a)(1).

Respectfully submitted,

Dated: 11 September 2015.	**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **ASSENTED-TO MOTION BY APPELLANTS TO EXTEND TIME FOR FILING BRIEF; SUPPORTING AFFIRMATION** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| Appellee's Counsel | Amicus' Counsel |
|---|---|
| **William Porter, Esq.**<br>**Attorney General of Massachusetts**<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us | **L. Scott Harshbarger, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>sharshbarger@proskauer.com |
| **Julia Eleanor Kobick**<br>**Attorney General of Massachusetts**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | **John E. Roberts, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>jroberts@proskauer.com |

Dated: 13 April 2015.

**Counsel for Plaintiffs - Appellants**

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com