# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENTMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: September 11, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg to file a brief and an appendix be enlarged to and including **September 14, 2015**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Aron Flig
Lydia E. French
L. Scott Harshbarger
Julia Eleanor Kobick

William W. Porter
John E. Roberts