# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 15-1429    **Short Title:** Draper, et al v. Healey

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Brady Center to Prevent Gun Violence                                          as the

[ ] appellant(s)              [ ] appellee(s)              [✓] amicus curiae

[ ] petitioner(s)             [ ] respondent(s)            [ ] intervenor(s)

/s/ Laura E. Stafford                        September 22, 2015
Signature                                    Date

Laura E. Stafford
Name

Proskauer Rose LLP                           (617) 526-9600
Firm Name (if applicable)                    Telephone Number

One International Place                      (617) 526-9899
Address                                      Fax Number

Boston, MA 02110                             lstafford@proskauer.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1169960

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2015 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Counsel for Plaintiffs-Appellants:

Alexander A. Flig
490 Chapman Street, Suite 201
Canton, MA 02021
alex@fliglaw.com

Counsel for Appellee:

William Porter
Julia Eleanor Kobick
Attorney General of Massachusetts
1 Ashburton Place
Boston, MA 02108
bill.porter@state.ma.us
julia.kobick@state.ma.us

                                                 */s/ Laura E. Stafford*
                                                   Laura E. Stafford