# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: September 23, 2015
Pursuant to 1st Cir. R. 27.0(d)

The brief tendered by appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg on September 18, 2015 is not in compliance with the following Federal Rules of Appellate Procedure and/or Local Rules of this Court and/or Administrative Orders of this Court:

- **Fed. R. App. P. 26.1 and 28(a)(1)**, requiring a Corporate Disclosure Statement in the front of the brief. *<u>The brief must contain a corporate disclosure statement.</u>*

- **1st Cir. R. 28.0(a)(2)**, permitting the appellant to include in its addendum up to 25 pages of other items or short excerpts from the record that are either the subject of an issue on appeal (e.g., disputed jury instructions or disputed contractual provisions) or necessary for understanding the specific issues on appeal. The judgments, decisions, rulings or orders appealed from; any lower-level decisions; and statutes, rules, regulations, etc. included

pursuant to Fed. R. App. P. 28(f) do not count towards the 25 page limit.  Additional materials submitted in the addendum exceed the 25 page limit.  ***The addendum contains more than the allowed 25 pages of extra material.***

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)).  ***The caption on the brief does not match the caption used by this court.***

- **Fed. R. App. P. 32(a)(7)(A)**, requiring that a principal brief not exceed 30 pages, unless it complies with Rule 32(a)(7)(B) and (C).  ***The brief exceeds 30 pages and exceeds 14,000 words.***

Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg are ordered to file a conforming brief by **September 30, 2015.**  The corrected brief must be served on each unrepresented party and on opposing counsel for each separately represented party.  The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

                By the Court:

                /s/ Margaret Carter, Clerk

cc:
William W. Porter
L. Scott Harshbarger
Julia Eleanor Kobick
John E. Roberts
Alexander Aron Flig