# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## MOTION BY APPELLANTS
## TO EXTEND TIME FOR FILING CONFORMING BRIEF

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully move for a seven (7) day extension of time, up to and including 7 October 2015, in which to file their conforming brief.

Per the 23 September 2015 Order of this Court, the Appellants' conforming brief is currently due seven days from the date of notice, on 30 September 2015. Appellants respectfully request that the due date for the conforming brief be extended to 7 October 2015. Good cause exists for the requested extension.

The Order of the Court regarding the nonconformance of the Appellants' brief was issued on Wednesday, 23 September 2015, which was also Yom Kippur, the holiest day on the Jewish calendar. Appellants' counsel did not receive notice of the Order until 24 September 2015 because as an Orthodox Jew he observes all Jewish High Holy days, festivals and the Jewish Sabbath. Jewish religious observance requires refraining from all "[work](#)", including [turning electric devices on or off, adjusting their settings and actively using them](#).

The Jewish Holy Days and festivals vary year to year on the Gregorian calendar (based on the corresponding Jewish calendar). This year the seven day festival of [Sukkoth](#) begins at sunset on Sunday 27 September 2015 and ends on Sunday 4 October 2015 at sunset. The [first two days](#) of Sukkoth are considered Holy Days on which Jews are required to refrain from all work. The Jewish Holy Days of [Shmini Atzeret](#) and [Simchat Torah](#) fall on 5 and 6 October 2015, respectively. Jewish religious observance requires refraining from all work on these days, too.

Pursuant to the current schedule, Appellants' counsel will have had only four of seven days to comply with the Court's order (24, 25, 27 and 30 September 2015) to submit a conforming brief. Accordingly, counsel respectfully requests that the current due date to submit the conforming brief be extended to 7 October 2015, which will accommodate the time that it will be impossible for counsel to work on the brief to bring it into conformance because of Jewish religious observance.

Respectfully submitted,

Dated: 24 September 2015.

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **MOTION BY APPELLANTS TO EXTEND TIME FOR FILING CONFORMING BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| Appellee's Counsel | Amicus' Counsel |
|---|---|
| **William Porter, Esq.**<br>**Attorney General of Massachusetts**<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us | **L. Scott Harshbarger, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>sharshbarger@proskauer.com |
| **Julia Eleanor Kobick**<br>**Attorney General of Massachusetts**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | **John E. Roberts, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>jroberts@proskauer.com |

Dated: 24 September 2015.

**Counsel for Plaintiffs - Appellants**

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:    (781) 352-7260
Facsimile:    (781) 583-5080
E-Mail:    alex@fliglaw.com