# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## SECOND MOTION BY APPELLANTS
## TO EXTEND TIME FOR FILING CONFORMING BRIEF

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully move for a seven (7) day extension of time, up to and including 14 October 2015, in which to file their conforming brief.

Per the Appellants' prior request for an extension to file their conforming brief filed on 25 September 2015 and granted by this Court the same day, the Appellants' conforming brief is currently due on 7 October 2015. Appellants respectfully request that the due date for the conforming brief be extended by an additional seven days up to and including 14 October 2015. Good cause exists for the requested extension.

As Appellants' counsel detailed in the previous request for an extension, this time of year on the Jewish calendar is extremely busy. *All* of the Jewish High Holy Days this year fell on weekdays, effectively shortening the time period between Rosh Hashanah (starting on the evening of 13 September 2015) through Simchat Torah (ending on the evening of 6 October 2015) to three to four day workweeks (counting Sundays as well).

Adding to the loss of worktime and disruption of schedules, Appellants' counsel's friend and co-congregant at [Etz Chaim Synagogue](#) in Sharon, Massachusetts passed away on Friday morning, 2 October 2015. Appellants' counsel is a member of the local Jewish burial society, the [Chevra Kadisha](#) of Greater Boston. On Friday, 2 October 2015 Apellants' counsel was the only local member of the Chevra Kadisha available to tend to the deceased, Dr. Barry R. Miller of Sharon,

Massachusetts. This occupied most of Friday and continued on Saturday night, after the Jewish Sabbath, with the ritual preparation for burial of the deceased. The funeral was held today, Sunday, 3 October 2015.

Counsel requests an additional seven days because immediately after the conclusion of the last Jewish High Holy Day for this year, he is scheduled to start on Wednesday, 7 October 2015 a short jury trial in the Wrentham District Court (<u>Sherry Alpert Corporate Communications v. Emmi Ultrasonic, Inc., *et al*.</u>, Docket No. 1255-CV-0568). The trial is expected to last one to two days.

Despite full diligence and best efforts it appears that the edits to the Appellants' brief ordered by this Court on 23 September 2015 may not be complete by the current due date of 7 October 2015. Counsel has made three of the four corrections required by the Court's 23 September 2015 Order. Additionally, Appellants' counsel has conferred with counsel for the Appellee and Amicus, and assembled and prepared the Joint Appendix of the Parties (ready for immediate upload). The Appellants' brief requires more shortening to conform to the 14,000 word limit of Fed. R. App. P. 32(a)(7)(B) and (C), and re-referencing of citations to the District Court record in the newly prepared Appendix.

No party in this litigation will be prejudiced by the requested short extension. The regulation that is the subject of this appeal has been in place for nearly 17 years and no preliminary relief has been sought.

**SECOND MOTION BY APPELLANTS TO EXTEND TIME FOR FILING CONFORMING BRIEF**
Page 3 of 5

For the foregoing reasons, counsel respectfully requests that the current due date to submit the conforming brief be extended to 14 October 2015.

Respectfully submitted,

Dated:  4 October 2015.

**ROBERT DRAPER;  ARIEL WEISBERG;  DONNA MAJOR;  ERIC NOTKIN; ROBERT BOUDRIE;  BRENT CARLTON; CONCORD ARMORY, LLC;  PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:    (781) 352-7260
Facsimile:    (781) 583-5080
E-Mail:    alex@fliglaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **SECOND MOTION BY APPELLANTS TO EXTEND TIME FOR FILING CONFORMING BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| Appellee's Counsel | Amicus' Counsel |
|---|---|
| **William Porter, Esq.**<br>**Attorney General of Massachusetts**<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us | **L. Scott Harshbarger, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>sharshbarger@proskauer.com |
| **Julia Eleanor Kobick**<br>**Attorney General of Massachusetts**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | **John E. Roberts, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>jroberts@proskauer.com |
|  | **Laura E. Stafford, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>lstafford@proskauer.com |

Dated: 4 October 2015.

**Counsel for Plaintiffs - Appellants**

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com