# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: October 15, 2015
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg on October 15, 2015 is not in compliance with the following Federal Rule of Appellate Procedure and/or Local Rule of this Court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The addendum does not include the Memorandum and Order or the Order of Dismissal, both dated March 5, 2015***

- **1st Cir. R. 28.0(a)(2)**, permitting the appellant to include in its addendum up to 25 pages of other items or short excerpts from the record that are either the subject of an issue on appeal (e.g., disputed jury instructions or disputed contractual provisions) or necessary for understanding the specific issues on appeal. The judgments, decisions, rulings or orders appealed from; any lower-level decisions; and statutes, rules, regulations, etc. included pursuant to Fed. R. App. P. 28(f) do not count towards the 25 page limit. Additional materials submitted in the addendum exceed the 25 page limit. ***The optional documents included the in the addendum exceed the 25 page limit.***

Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg are ordered to file a conforming brief by **October 22, 2015.** The corrected brief must be served on each unrepresented party and on opposing counsel for each separately represented party. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Aron Flig
William W. Porter
Julia Eleanor Kobick
Lydia E. French
L. Scott Harshbarger
John E. Roberts
Laura E. Stafford