# United States Court of Appeals
## For the First Circuit

---

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

---

**ORDER OF COURT**

Entered: October 23, 2015
Pursuant to 1st Cir. R. 27.0(d)

The brief tendered by appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg on October 19, 2015 is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 26.1 and 28(a)(1)**, requiring a Corporate Disclosure Statement in the front of the brief. ***Corporate disclosure statements are required for appellants Concord Armory, LLC and Precision Point Firearms, LLC.***

- **Fed. R. App. P. 32(a)(7)(A)**, requiring that a principal brief not exceed 30 pages, unless it complies with Rule 32(a)(7)(B) and (C). ***The brief exceeds 30 pages and exceeds 14,000 words.***

Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna

Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg are ordered to file a conforming brief by **October 30, 2015.** The corrected brief must be served on each unrepresented party and on opposing counsel for each separately represented party. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

/s/ Margaret Carter, Clerk

cc:
William W. Porter
L. Scott Harshbarger
Julia Eleanor Kobick
John E. Roberts
Alexander Aron Flig
Laura E. Stafford