# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: October 29, 2015
Pursuant to 1st Cir. R. 27.0(d)

The fourth brief tendered by appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg on October 26, 2015 is not in compliance with the following Federal Rules of Appellate Procedure:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The brief must contain an addendum.***

Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg are ordered to file a conforming brief by **November 2, 2015**. The corrected brief must be served on each unrepresented party and on opposing counsel for each separately represented party. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

/s/ Margaret Carter, Clerk

cc:
William W. Porter
L. Scott Harshbarger
Julia Eleanor Kobick
John E. Roberts
Alexander Aron Flig
Laura E. Stafford