# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellants provide the following statement identifying any parent corporation and any publicly traded company owning 10 percent or more of their stock:

## **Second Amendment Foundation, Inc.**

The Second Amendment Foundation, Inc. is a non-profit charitable corporation with its principle place of business located at 12500 NE 10th Place, Bellevue, Washington 98005.  It is a tax exempt entity pursuant to Section 501(c)(3) of the Internal Revenue Code and is therefore not traded on any stock exchange. The Second Amendment Foundation, Inc. has no parent company and no publicly traded company owns 10 percent or more of its stock.

## **Precision Point Firearms, LLC**

Precision Point Firearms, LLC has no parent company and no publicly traded company owns 10 percent or more of its stock.

## **Concord Armory, LLC**

Concord Armory, LLC has no parent company and no publicly traded company owns 10 percent or more of its stock.

**/s/ Alexander A. Flig**
_____
Attorney for Plaintiffs – Appellants