# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## APPELLANTS' CERTIFICATE OF SERVICE OF JOINT APPENDIX

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

# CERTIFICATE OF SERVICE

I hereby certify that I served the **JOINT APPENDIX OF THE APPELLANTS AND APPELLEE** on the following party by depositing this document on 30 October 2015 with the United States Postal Service, postage prepaid, addressed to:

| **MAURA HEALEY, in her capacity as The Attorney General of the Commonwealth of Massachusetts** ||
|---|---|
| **William Porter, Esq.** **Assistant Attorney General of Massachusetts** bill.porter@state.ma.us | **Julia Eleanor Kobick** **Assistant Attorney General of Massachusetts** julia.kobick@state.ma.us |
| 1 Ashburton Place Boston, Massachusetts 02108 ||

I served the same **JOINT APPENDIX OF THE APPELLANTS AND APPELLEE** on Appellee by e-mail addressed to the counsel identified above on 2 October 2015.

Dated: 1 November 2015

**Counsel for Plaintiffs - Appellants**

/s/ Alexander A. Flig

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com