# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## APPELLANTS' CERTIFICATE OF SERVICE OF NINE (9) PAPER COPIES OF APPELLANTS' BRIEF AND ADDENDUM

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

# CERTIFICATE OF SERVICE

I hereby certify that I served **NINE (9) PAPER COPIES OF APPELLANTS' BRIEF AND ADDENDUM (identical to that of the electronically filed Appellants' Brief and Addendum)** by depositing these documents on 4 November 2015 with the United States Postal Service, postage prepaid, and addressed to:

| **United States Court of Appeals for the First Circuit** |
|---|
| Clerk's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |

Dated: 5 November 2015

**Counsel for Plaintiffs - Appellants**

/s/ Alexander A. Flig

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com