UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| ROBERT DRAPER, ARIEL WEISBERG, DONNA MAJOR, ERIC NOTKIN, ROBERT BOUDRIE, BRENT CARLTON(S), CONCORD ARMORY, LLC, PRECISION POINT FIREARMS, LLC, AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MAURA HEALEY, IN HER CAPACITY AS ATTORNEY GENERAL OF MASSACHUSETTS, <br><br> Defendant-Appellee. | No. 15-1429 |

**DEFENDANT-APPELLEE'S ASSENTED-TO**
**MOTION TO EXTEND TIME FOR FILING BRIEF**

Appellee Maura Healey, in her official capacity as Attorney General of Massachusetts, respectfully moves for an enlargement of time until January 22, 2016, to file her brief in this matter. As grounds for this Motion, the Attorney General states as follows:

1. Appellants challenge the constitutionality of 940 Code Mass. Regs. 16.05(3), a state safety regulation requiring a load indicator or magazine safety disconnect on any handgun sold by handgun dealers in Massachusetts. The

complaint contends that the regulation is void for vagueness and violates the Second Amendment to the United States Constitution. The district court dismissed the complaint in part for lack of standing and in part for failure to state a claim upon which relief could be granted.

2. Appellants' brief on the merits was initially due on August 11, 2015. After granting the Appellants several extensions, this Court accepted their brief for filing on October 30, 2015, and ordered the Attorney General to file her brief by December 3, 2015.

3. The undersigned counsel is solely responsible for the preparation of the Attorney General's brief. In the weeks since the Appellants filed their brief, undersigned counsel has had numerous other professional obligations, including: (a) preparing a brief in opposition to a motion for judgment on the pleadings in a matter under M.G.L. c. 30A, § 14, and arguing the matter in Superior Court; (b) arguing a different matter under M.G.L. c. 30A, § 14 in Superior Court; (c) preparing a motion to dismiss in a case challenging the constitutionality of M.G.L. c. 71, § 89(i), the statute capping the number of charter schools in Massachusetts; and (d) attending to ongoing caseload responsibilities. The undersigned counsel also had preexisting plans to be away from the office from November 21, 2015 to November 30, 2015, and from December 24, 2015 to January 4, 2016.

4. As a result of these obligations and other unforeseen circumstances,

counsel states that, regretfully, she will be unable to complete the brief and secure the necessary approvals in time for filing by the current due date of December 3, 2015.

5. On November 30, 2015, the Appellants expressed their assent to this Motion.

6. The Attorney General thus requests that the time for her to file her brief be extended to January 22, 2016.

                                          Respectfully submitted,

                                          MAURA HEALEY, in her official capacity as Attorney General of Massachusetts,

                                          By her attorney,

                                          MAURA HEALEY
                                          ATTORNEY GENERAL

                                          /s/ Julia E. Kobick
                                          Julia E. Kobick, No. 1162713
                                          Assistant Attorney General
                                          Government Bureau
                                          Office of the Attorney General
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 963-2559
                                          julia.kobick@state.ma.us

Dated: December 1, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2015, the foregoing motion will be filed and served electronically through the CM/ECF system to the following counsel, who is registered as an ECF filer:

    Alexander Aron Flig
    Law Office of Alexander A. Flig
    490 Chapman Street, Suite 201
    Canton, Massachusetts 02021
    *Counsel for Plaintiffs-Appellants*

    /s/ Julia E. Kobick
    Julia E. Kobick, No. 1162713
    Assistant Attorney General
    Government Bureau
    Office of the Attorney General
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 963-2559
    julia.kobick@state.ma.us

    Attorney for MAURA HEALEY.

December 1, 2015