# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: December 2, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee Maura T. Healey to file a brief be enlarged to and including **January 22, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Aron Flig
Lydia E. French
L. Scott Harshbarger
Julia Eleanor Kobick
William W. Porter

John E. Roberts
Laura E. Stafford