# United States Court of Appeals
*for the*
# First Circuit

---

Case No. 15-1429

ROBERT DRAPER et al.,

*Plaintiffs-Appellants,*

– v–

MAURA T. HEALEY,

*Defendant-Appellee.*

## Motion for Leave to File a Notice of Attorney Appearance

Pursuant to First Circuit Local Rule 12.0(a), *amicus curiae* The Brady Center to Prevent Gun Violence (the "Brady Center") hereby moves for leave to file notices of appearance for its attorneys Kimberly A. Mottley and John E. Roberts.

In support of its motion, the Brady Center states that it intends to file on January 29, 2016, an *amicus curiae* brief in support of the Appellee in this matter. That brief will provide the Court with important information about the gun-safety regulations at issue in this appeal, which will aid the Court in deciding the legal

issues before it. All parties have consented to the filing of that *amicus curiae* brief. The attorneys who seek to make appearances have prepared the brief on behalf of the Brady Center. Attached as Exhibits A and B are the referenced Notices of Attorney Appearance.

## **CONCLUSION**

For the foregoing reasons, the motion for leave to file notices of appearance should be granted.

Dated: January 28, 2016
/s/ Laura Stafford
Kimberly A. Mottley
First Circuit Bar No. 1173124
John E. Roberts
First Circuit Bar No. 1169287
Laura Stafford
First Circuit Bar No. 1169960
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600
kmottley@proskauer.com
jroberts@proskauer.com
lstafford@proskauer.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 28, 2016 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Counsel for Plaintiffs-Appellants:

Alexander A. Flig
490 Chapman Street, Suite 201
Canton, MA 02021
alex@fliglaw.com

Counsel for Appellee:

William Porter
Julia Eleanor Kobick
Attorney General of Massachusetts
1 Ashburton Place
Boston, MA 02108
bill.porter@state.ma.us
julia.kobick@state.ma.us

                                              /s/ Laura Stafford
                                              Laura Stafford