# Exhibit B

# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 15-1429  **Short Title:** Draper, et al v. Healey

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Brady Center to Prevent Gun Violence _____ as the

[ ] appellant(s)   [ ] appellee(s)   [✓] amicus curiae

[ ] petitioner(s)  [ ] respondent(s) [ ] intervenor(s)

/s/ John E. Roberts                         January 28, 2016
Signature                                    Date

John E. Roberts
Name

Proskauer Rose LLP                          (617) 526-9600
Firm Name (if applicable)                    Telephone Number

One International Place                      (617) 526-9899
Address                                      Fax Number

Boston, MA 02110                             jroberts@proskauer.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1169287

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).