# United States Court of Appeals
## For the First Circuit
_____

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee
_____

**ORDER OF COURT**

Entered: February 9, 2016
Pursuant to 1st Cir. R. 27.0(d)

        Attorney W. Daniel Deane's motion for leave to file an appearance in the above noted matter is allowed.


                                        By the Court:

                                        /s/ Margaret Carter, Clerk


cc:
W. Daniel Deane
Alexander A. Flig
Lynda E. French
L. Scott Harsbarger
Julia E. Kobick
Kimberly A. Mottley
Lynnette Nogueras Trummer
William W. Porter

John E. Roberts
Laura E. Stafford
Matthew Struhar
David H. Tennant