# EXHIBIT A

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 15-1429        **Short Title:** Draper, et al v. Healey

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Law Center to Prevent Gun Violence_____ as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ W. Daniel Deane_____          2/2/2016_____
Signature                             Date

W. Daniel Deane_____
Name

Nixon Peabody LLP_____          (603) 628-4047_____
Firm Name (if applicable)             Telephone Number

900 Elm Street, 14th Floor_          (866) 947-1243_____
Address                               Fax Number

Manchester, NH 03101_____          ddeane@nixonpeabody.com___
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 120813_____

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. N/A_____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).