# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Case No. 15-1429

---

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

## SECOND ASSENTED-TO MOTION BY APPELLANTS
## TO EXTEND TIME FOR FILING REPLY BRIEF

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully move for a one (1) day extension of time, up to and including Wednesday, 17 February 2016, in which to file their Reply brief to the Appellee Massachusetts Attorney General's Appellee brief. The Appellants' Reply brief is currently due today, 16 February 2016.

The instant matter concerns complex Constitutional law questions across a broad array of issues, including the specificity required for regulations to meet constitutional muster, burdens on the Second Amendment and organizational standing. The complexity, number and sensitivity of issues raised in this appeal requires close analysis and focused briefing.

A one day extension for the Appellants to file their Reply brief would not be a significant delay of this matter. No party in this litigation will be prejudiced by the requested short extension, especially since this Reply brief is the last substantive document to be filed in this matter before oral argument. The Appellee Massachusetts Attorney General has graciously assented to the extension of time requested herein.

For the foregoing reasons, counsel respectfully requests that the due date for the Appellants to file their Reply brief to the Attorney General's Appellee brief be extended by one day, up to and including Wednesday, 17 February 2016.

Respectfully submitted,

| | |
|---|---|
| Dated: 16 February 2016 | **ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.**<br><br>By and through their attorney of record<br><br>**/s/ Alexander A. Flig**<br><br>Alexander A. Flig, Esq<br>1st Circuit No. 1169830<br>BBO No. 669132<br>490 Chapman Street, Suite 201<br>Canton, Massachusetts 02021-2039<br>Telephone: (781) 352-7260<br>Facsimile: (781) 583-5080<br>E-Mail: alex@fliglaw.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **SECOND ASSENTED-TO MOTION BY APPELLANTS TO EXTEND TIME FOR FILING REPLY BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| Appellee's Counsel | Amicus' Counsel<br>Brady Center to Prevent Gun Violence |
|---|---|
| **William Porter, Esq.**<br>**Attorney General of Massachusetts**<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us<br><br>**Julia Eleanor Kobick**<br>**Attorney General of Massachusetts**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | **Kimberly A. Mottley, Esq.**<br>**John E. Roberts, Esq.**<br>**Laura Stafford, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>kmottley@proskauer.com<br>jroberts@proskauer.com<br>lstafford@proskauer.com |
|  | **Amicus' Counsel**<br>**Law Center to Prevent Gun Violence** |
|  | **W. Daniel Deane, Esq.**<br>**Nixon Peabody, LLP**<br>900 Elm Street<br>Manchester, New Hampshire 03101<br>ddeane@nixonpeabody.com<br><br>**David Henry Tennant, Esq.**<br>**Nixon Peabody, LLP**<br>437 Madison Avenue<br>New York, NY 10022-7039<br>dtennant@nixonpeabody.com |

Dated: 16 February 2016         **Counsel for Plaintiffs - Appellants**

                                        **/s/ Alexander A. Flig**

                                Alexander A. Flig, Esq
                                1st Circuit No. 1169830
                                BBO No. 669132
                                490 Chapman Street, Suite 201
                                Canton, Massachusetts 02021-2039
                                Telephone:   (781) 352-7260
                                Facsimile:    (781) 583-5080
                                E-Mail:       alex@fliglaw.com