# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
RECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: February 16, 2016

    Appellants' motion for leave to file a reply brief to each amicus brief filed in support of Appellee is denied. To the extent Appellants seek additional time or length to respond to the amicus briefs in their reply brief, they may file a motion seeking that relief.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Flig
Lydia French
Julia Kobick
William Porter

W. Deane
Lynnette Trummer
Matthew Struhar
David Tennant
L. Harshbarger
Kimberly Mottley
John Roberts
Laura Stafford