# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: February 16, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Robert Boudrie, Brent Carlton, Concord Armory, LLC, Robert Draper, Donna Major, Eric Notkin, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Ariel Weisberg to file a reply brief be enlarged to and including **February 17, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
W. Daniel Deane
Alexander Aron Flig
Lydia E. French

L. Scott Harshbarger
Julia Eleanor Kobick
Kimberly A. Mottley
Lynnette NoguerasTrummer
William W. Porter
John E. Roberts
Laura E. Stafford
Matthew Struhar
David Henry Tennant