# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

## Case No. 15-1429

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

**AMENDED SECOND ASSENTED-TO MOTION BY APPELLANTS
FOR LEAVE TO EXTEND TIME TO FILE AND TO EXTEND LENGTH OF
REPLY BRIEF TO INCLUDE RESPONSES TO THE BRIEFS OF AMICI**

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully move for a three (3) day extension of time, up to and including Friday, 19 February 2016, in which to file their Reply brief to the Appellee Massachusetts Attorney General's Appellee brief. The Appellants' Reply brief is currently due today, 16 February 2016. Additionally, Appellants seek leave to extend the length of their Reply brief by 50% (3,500 words) to incorporate the Appellants' responses to the two Amici briefs filed in this matter.

The instant matter concerns complex Constitutional law questions across a broad array of issues, including the specificity required for regulations to meet constitutional muster, burdens on the Second Amendment and organizational standing. The complexity, number and sensitivity of issues raised in this appeal requires close analysis and focused briefing.

The Appellee Massachusetts Attorney General has graciously assented to a one day extension of time for the Appellants to submit their Reply brief to her Appellee brief. Additionally, Amicus *Law Center to Prevent Gun Violence* has assented to APPELLANTS filing a separate Reply brief to its amicus brief, and Amicus *Brady Center to Prevent Gun Violence* stated that it would not oppose a motion by Appellants to file a separate Reply brief. While denying the Appellants' motion for leave to file a *separate* Reply brief to each of the Amicus briefs, this Court permitted the Appellants to "seek additional time or length to respond to the amicus briefs *in their reply brief*." The current motion seeks that permission.

A three day extension for the Appellants to file their Reply brief would not be a significant delay of this matter.  No party in this litigation will be prejudiced by the requested short extension, especially since this Reply brief is the last substantive document to be filed in this matter before oral argument.  The additional time and length sought are not unreasonable in relation to the briefing by the Appellee and the two Amici in support of the Appellee, and would allow the Appellants to incorporate their response to the two Amici briefs in their Reply brief.

For the foregoing reasons, counsel respectfully requests that the due date for the Appellants to file their Reply brief to the Attorney General's Appellee brief be extended by three days, up to and including Friday, 19 February 2016, and that the length of the Reply brief be extended by 50% (3,500 words) to accommodate the Appellants' responses to the two Amici briefs filed in this matter.

Respectfully submitted,

Dated:  16 February 2016

**ROBERT DRAPER;  ARIEL WEISBERG;  DONNA MAJOR;  ERIC NOTKIN;  ROBERT BOUDRIE;  BRENT CARLTON;  CONCORD ARMORY, LLC;  PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**
Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:     (781) 352-7260
Facsimile:     (781) 583-5080
E-Mail:     alex@fliglaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **AMENDED SECOND ASSENTED-TO MOTION BY APPELLANTS FOR LEAVE TO EXTEND TIME TO FILE AND TO EXTEND LENGTH OF REPLY BRIEF TO INCLUDE RESPONSES TO THE BRIEFS OF AMICI** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| **Appellee's Counsel** | **Amicus' Counsel**<br>**Brady Center to Prevent Gun Violence** |
|---|---|
| **William Porter, Esq.**<br>**Attorney General of Massachusetts**<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us<br><br>**Julia Eleanor Kobick**<br>**Attorney General of Massachusetts**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | **Kimberly A. Mottley, Esq.**<br>**John E. Roberts, Esq.**<br>**Laura Stafford, Esq.**<br><br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>kmottley@proskauer.com<br>jroberts@proskauer.com<br>lstafford@proskauer.com |
|  | **Amicus' Counsel**<br>**Law Center to Prevent Gun Violence** |
|  | **W. Daniel Deane, Esq.**<br><br>**Nixon Peabody, LLP**<br>900 Elm Street<br>Manchester, New Hampshire 03101<br>ddeane@nixonpeabody.com<br><br>**David Henry Tennant, Esq.**<br><br>**Nixon Peabody, LLP**<br>437 Madison Avenue<br>New York, NY 10022-7039<br>dtennant@nixonpeabody.com |

**CERTIFICATE OF SERVICE**
**AMENDED SECOND ASSENTED-TO MOTION BY APPELLANTS TO EXTEND TIME TO FILE & TO EXTEND LENGTH OF REPLY BRIEF**

Page 4 of 5

Dated:  16 February 2016          **Counsel for Plaintiffs - Appellants**

                                  **/s/ Alexander A. Flig**

                                  Alexander A. Flig, Esq
                                  1st Circuit No. 1169830
                                  BBO No. 669132
                                  490 Chapman Street, Suite 201
                                  Canton, Massachusetts 02021-2039
                                  Telephone:    (781) 352-7260
                                  Facsimile:     (781) 583-5080
                                  E-Mail:        alex@fliglaw.com

**CERTIFICATE OF SERVICE**
**AMENDED SECOND ASSENTED-TO MOTION BY APPELLANTS TO**
**EXTEND TIME TO FILE & LENGTH OF REPLY BRIEF**

Page 5 of 5