# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

**ORDER OF COURT**

Entered: February 18, 2016

Plaintiffs-appellants Robert Draper, Ariel Weisberg, Donna Major, Eric Notkin, Robert Boudrie, Brent Carlton, Concord Armory, LLC, Precision Point Firearms, LLC, Second Amendment Foundation, Inc. and Commonwealth Second Amendment, Inc.'s motion for an extension of time and for leave to file an oversized reply brief, containing up to 10,500 words, is allowed in part. Plaintiffs-appellants may file a reply brief containing not more than 9,000 words on or before **February 22, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Flig
Lydia French
Julia Kobick

William Porter
W. Daniel Deane
Lynnette Trummer
Matthew Struhar
David Tennant
L. Scott Harshbarger
Kimerly Mottley
John Roberts
Laura Stafford