# United States Court of Appeals
## For the First Circuit

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.,

Plaintiffs, Appellants,

COMMONWEALTH SECOND AMENDMENT, INC.,

Plaintiff,

v.

MAURA HEALEY, in her capacity as Attorney General of Massachusetts,

Defendant, Appellee.

**JUDGMENT**
Entered: June 17, 2016

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
/s/ Margaret Carter, Clerk

cc:
Alexander Aron Flig
William W. Porter
Julia Eleanor Kobick
Lydia E. French
L. Scott Harshbarger
John E. Roberts
Laura E. Stafford
Kimberly A. Mottley
W. Daniel Deane
David Henry Tennant
Lynnette NoguerasTrummer
Matthew Struhar