# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case No. 15-1429

---

**ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.**

*Plaintiffs – Appellants*

**COMMONWEALTH SECOND AMENDMENT, INC.**

*Plaintiff*

v.

**MAURA HEALEY, in her capacity as
The Attorney General of the Commonwealth of Massachusetts**

*Defendant – Appellee*

---

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:14-CV-12471-NMG

**APPELLANTS' MOTION FOR LEAVE TO REFILE *INSTANTER*
MOTION FOR PANEL REHEARING OR HEARING *EN BANC***

**Alexander Aron Flig**
Law Office of Alexander A. Flig
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021
(781) 352-7260

APPELLANTS **ROBERT DRAPER**; **ARIEL WEISBERG**; **DONNA MAJOR**; **ERIC NOTKIN**; **ROBERT BOUDRIE** and **BRENT CARLTON** (collectively "CONSUMERS"), business entities **CONCORD ARMORY, LLC** and **PRECISION POINT ARMORY, LLC** (collectively the "DEALERS"), and non-profit organization **SECOND AMENDMENT FOUNDATION, INC.**, respectfully motion this Court, pursuant to Rules 27 of the Federal Rules of Appellate Procedure, to substitute the appellants' timely filed Petition for Panel Rehearing or Hearing of *En Banc* (document no. 00117024145) for their corrected Petition for Panel Rehearing or Hearing of *En Banc* (document no. 00117026168). Good cause exists to allow this motion.

Federal Rules of Appellate Procedure Rule 40(a)(1) provides that a petition for panel rehearing must be filed within 14 days after entry of judgment. Judgment was entered by the panel which heard this appeal on 17 June 2016. A petition for panel had to be filed by 1 July 2016 to be timely.

The instant matter concerns complex Constitutional law questions across a broad array of issues, including the quality of specificity required of regulations to meet constitutional muster for Fourteenth Amendment due process protections, direct burdens on the Second Amendment through violations of Fourteenth Amendment due process, and pleading requirements to establish organizational standing through the standing of an organization's affected members. The complexity, number of issues and the importance of the fundamental constitutional protections raised in the appeal requires close analysis.

The appellants' brief before this Circuit Court addressed many serious substantive and procedural errors committed by the District Court in dismissing the appellants' lawsuit at the pleading stage by granting the appellee Massachusetts Attorney General's Motion to Dismiss. Rather than reviewing the District Court's rulings for clear error or abuse of discretion, however, the panel hearing this appeal functioned for all practical purposes as a trial court of first impression. The panel committed substantive and procedural errors at least as serious as those committed by the District Court.

Upon careful review of the panel's Opinion and Judgment thereon, the appellants—a diverse group of private individuals, two duly licensed firearms dealers and manufacturers, and a national civil rights organization—agreed that a panel rehearing or hearing *en banc* was necessary to address the several concerning errors committed by the panel in its review of this appeal. In light of the number and seriousness of these errors and the short time within which a petition could be drafted to be timely filed, the petition the appellants submitted (document no. 00117024145) contained a number of spelling, grammatical and formatting errors, including an incorrect certificate of service.

Appellants promptly filed document no. 00117026168 to replace document no. 00117024145 when contacted by the case manager regarding the errors in the originally filed petition. The replacement document is substantially similar to the original, but will all corrections accounted for. In light of the number and

complexity of issues addressed, the replacement petition exceeds by two the 15 page limit for such petitions permitted by Rule 40 of the Federal Rules of Appellate Procedure. Accordingly, appellants respectfully ask that this court accept the replacement petition with its slightly extended length.

No prejudice will result to any party should this Court allow the current motion. Based on the foregoing, the appellants respectfully request that this Court allow the replacement of document no. 00117024145 (original timely filed Petition for Panel Rehearing or Hearing *En Banc*) with document no. 00117026168 (corrected Petition for Panel Rehearing or Hearing *En Banc*).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 8 July 2016 | **ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.** |
|  | By and through their attorney of record |
|  | **/s/ Alexander A. Flig** |
|  | Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone: (781) 352-7260
Facsimile: (781) 583-5080
E-Mail: alex@fliglaw.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **APPELLANTS' MOTION FOR LEAVE TO REFILE INSTANTER MOTION FOR PANEL REHEARING OR HEARING EN BANC** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the following registered participants in this matter:

| Appellee's Counsel | Amicus' Counsel |
|---|---|
| **William Porter, Esq.**<br>**Attorney General of Massachusetts**<br>1 Ashburton Place<br>Boston, Massachusetts 02108<br>bill.porter@state.ma.us | **L. Scott Harshbarger, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>sharshbarger@proskauer.com |
| **Julia Eleanor Kobick**<br>**Attorney General of Massachusetts**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>julia.kobick@state.ma.us | **John E. Roberts, Esq.**<br>**Proskauer Rose, LLP**<br>1 International Place, 22nd Floor<br>Boston, Massachusetts 02110-0000<br>jroberts@proskauer.com |

Dated:  8 July 2016

**Counsel for Plaintiffs - Appellants**

/s/ Alexander A. Flig

Alexander A. Flig, Esq
1st Circuit No. 1169830
BBO No. 669132
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:     (781) 352-7260
Facsimile:     (781) 583-5080
E-Mail:     alex@fliglaw.com