# United States Court of Appeals
## For the First Circuit

————————————

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

————————————

**ORDER OF COURT**

Entered: July 15, 2016

Plaintiffs-Appellants' motion for leave to file a corrected petition for rehearing/rehearing en banc that is also oversized is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Flig, Lydia French, Julia Kobick, William Porter, W. Daniel Deane, Lynnette Trummer, Matthew Struhar, David Tennant, L. Scott Harshbarger, Kimberly Mottley, John Roberts, Laura Stafford