# United States Court of Appeals
## For the First Circuit

_____

No. 15-1429

ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN;
ROBERT BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC;
PRECISION POINT FIREARMS, LLC; SECOND AMENDMENT FOUNDATION, INC.

Plaintiffs - Appellants

COMMONWEALTH SECOND AMENDMENT, INC.

Plaintiff

v.

MAURA T. HEALEY

Defendant - Appellee

_____

Before

Howard, <u>Chief Judge</u>,
Souter,* <u>Associate Justice</u>,
Torruella, Lynch, Thompson,
Kayatta and Barron,
<u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered**:**   July 27, 2016

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be <u>denied</u>.

_____

∗ Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Flig, Lydia French, Julie Kobick, William Porter, W. Daniel Deane,
Lynnette Trummer, Matthew Struhar, David Tennant, L. Scott Harshbarger,
Kimberly Mottley, John Roberts, Laura Stafford